UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARIA ROSENTHAL
    Plaintiff

V.

MASS. GENERAL HOSPITAL,
    Defendant

Civil Action No. 04-10858 MEL

## PLAINTIFF'S MOTION OF GOOD CAUSE

Now comes the according to the to the Memorandum and Order dated May 3, 2004, shows good cause of disparate treatment toward ethnic minority speaking with an acc-ent not only in the Massachusetts General Hospital but also with a huge support in the Courts of the Commonwealth as state the Commission's Final Report about Study Racial and Ethnic Bias in the Courts and transmitted to the Supréme Judicial Court.

1. The plaintiff through her attorney on contingency fees filed a Complaint and Jury Demand on three counts: Patient's Bill of Rights, Negligence and Intentional Infliction of Emotional Distress based on facts:

a) The plaintiff elderly citizen tripped and fell on the sidewalk, the ambulance brought her to Mass. Gen. Hospital.

b) The injured plaintiff have been admitted and ushered into a room await ex-ray filming.

c) While awaiting she saw that the hospital employees in the vicinity were not attending to her, but were socializing themselve she asked a nurse how much longer the wait would be.

d) The nurse answered very rude and brusque matter. Soon thereafter arrived security and ushered her a human being, especi-

<u>SERTIFICATE SERVICE</u>

I, Maria Rosenthal, hereby certify that above copy this 26th day of July 2004 mailed to Catherine Tocci 101 Main St., 18th Floor, Cambridge, MA 02142

                      Maria Rosenthal

Memorandum

Date: July 22, 2004
To: Mari Rosenthal
From: George Howarth
Subject: What was written on your Motion of Good Cause

    The Judge wrote: Motion Denied for failure to serve a copy on defendants. Dated: 6/30/04

                          George H. Howarth
                          Deputy Clerk

**Maria Rosenthal**
P.O. Box 1953
Brookline, MA 02446

1.