UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL DOCKET NO: 1:04-cv-10858-MEL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
MARIA ROSENTHAL                              \*
                PLAINTIFF    \*
                                             \*
vs.                                          \*
                                             \*
MASSACHUSETTS GENERAL HOSPITAL               \*
                DEFENDANT    \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANT, MASSACHUSETTS GENERAL HOSPITAL'S
## MOTION TO DISMISS WITH PREJUDICE

Now comes the Defendant, Massachusetts General Hospital, (MGH) and respectfully moves to dismiss, with prejudice, plaintiff's action. In support of its Motion to Dismiss, the Defendant, MGH, asserts the following:

1. On or about April 27, 2004, the above-entitled action was filed by the plaintiff, Maria Rosenthal.

2. The defendant, Massachusetts General Hospital was never served with a Summons and Complaint.

3. On July 28, 2004, Counsel for defendant, MGH, received her first Notice of the above-entitled action by service of Plaintiff's Motion Of Good Cause.

4. The incident alleged in the Complaint occurred at MGH on May 26, 1998, over six years ago. Thus, the cause of action is barred by reason of the statute of limitations.

5. Moreover, the action which gave rise to this Complaint was also filed by plaintiff's then counsel on May 11, 2001 in Suffolk Superior Court. The Civil Action number is SUCV 2001-02165. As of May 21, 2002, plaintiff has not been represented by counsel.

6. Pursuant to the Order of the Court, Gants, J., plaintiff was requested to seek successor counsel by June 21, 2002 and, to date she has not done so. In addition, she was ordered to comply with her discovery obligations or risk sanctions, including dismissal of her action, and, to date, she has not done so. (See attached Suffolk Superior Court Case Summary, Civil Docket attached as Exhibit A).

7. On or about June 19, 2002, plaintiff petitioned the Single Justice of the Appellate Court pursuant to M.G.L. c. 231 § 118, seeking relief from Judge Gants' Order. On June 20, 2002, the Petition was denied., Doerfer, J. (See attached, Appeals Court Case Docket, as Exhibit B).

8. Pursuant to M.G.L. c. 211 § 3, plaintiff appealed the Single Justice's ruling denying relief from Judge Gants' Order to the Full Court. Relief was denied without a Hearing on June 28, 2002, Greaney, J. (See attached Supreme Judicial Court Case Docket, as Exhibit C).

9. On or about July 5, 2002, plaintiff filed a Notice of Appeal with the clerk of the Supreme Judicial Court. Following the filing of multiple Motions to Extend Time to file her Memorandum and Appendix, the Single Justice's ruling was affirmed.

10. Since the Order of the Supreme Judicial Court, plaintiff has petitioned the Supreme Judicial Court for Rehearing (denied), filed two motions in Superior Court to Appoint an Attorney (denied) and Motion For Reconsideration, also denied.

11. Moreover, plaintiff filed a Motion To Clarify with the Appeals Court, denied by the Court, Doerfer, J. on July 3, 2003; and petitioned the Supreme Judicial Court to Clarify Judgment. Said petition was denied without hearing by the Court, Sosman, J. on June 26, 2003.

12. Plaintiff then appealed to the Full Court and, in accordance with the Rescript Opinion that was entered in the Full Court on February 6, 2004, the single justice order denying Plaintiff's Motion to Clarify Judgment after rescript was affirmed. (See Exhibit C).

13. Defendant, MGH's Motion To Dismiss the Suffolk Superior Court action is currently scheduled for Hearing on August 23, 2004.

2

For the above-stated reasons, the defendant Massachusetts General Hospital respectfully requests that plaintiff's action be dismissed with prejudice and final judgment should enter.

          Respectfully submitted,
          Massachusetts General Hospital,
          By its Attorney,

          */s/ Catherine A. Tocci*
          Catherine A. Tocci
          BBO#: 550272
          Hamrock, Tocci & Cass
          101 Main Street, 18th Floor
          Cambridge, MA  02142
          (617) 496-5370

## CERTIFICATE OF SERVICE

I, **Catherine A. Tocci**, Attorney representing Defendant, **Massachusetts General Hospital**, hereby certify that I have this **30th day of July, 2004** served the within:

DEFENDANT, MASSACHUSETTS GENERAL HOSPITAL'S MOTION TO DISMISS WITH PREJUDICE

upon the pro se plaintiff, by mailing copies of same, postage paid, as follows:

**Maria Rosenthal**
**P.O. Box 1953**
**Brookline, MA 02446**

Catherine A. Tocci
BBO#: 550272
Hamrock, Tocci & Cass
101 Main Street
18th Floor
Cambridge, MA  02142
(617) 496-5370